B. & O. Ry. Co. v. Gilmore................ 19391
Cleve. Ry. Co. v. Petrushoff........... 19394
Franklin Bond. & Inv. Co. v. McFadden 19393
Halliday Bros. v. Pub. Util. Comm...... 19396
Hill v. Burns ....................... 19389
State ex v. Henderson et ............. 19390
Tanner v. Gault ...................... 19362
Youngstown & Sub. Ry. v. Faulk..... 19395

### OCT. 20, 1925

19389—Aaron Hill v. Jacob Burns; motion for Vinton Appeals to certify. John E. Blake, McArthur, for pltf; For deft. not given.

### OCT. 21, 1925

19390—State of Ohio ex rel Errett A. Person v. W. A. Henderson et al; action in mandamus. Woolley & Rowland, Athens, for pltf; for deft., not given.

19391—Baltimore & Ohio Railroad Co. v. Scott E. Gilmore; motion for Lorain Appeals to certify. H. C. Johnson, Elyria, J. M. Lessick, Cleveland, for pltf; Glitsch & Stack, Lorain, for deft.

### OCT. 22, 1925

19392—Fremont E. Tanner v. James Gault, John Ewing and John Dunn; motion for Medina Appeals to certify. J. Taylor, Akron, for pltf; A. Van Epp, Medina, for deft.

19393—Franklin Bond & Investment Co. v. C. R. McFadden; motion for Licking Appeals to certify. Chas. S. Druggan, Paul R. Gingher, Columbus; Fitzgibbon, Montgomery & Black, Newark, for pltf; Flory & Flory, Newark, for deft.

### OCT. 26, 1925

19394—Cleveland Railway Co. v. Tom Petrushoff; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, and A. E. Powell, Cleveland, for pltf; Vickery & Vickery and Richard M. Collins, Cleveland, for deft.

19395—Youngstown & Suburban Ry. Co. v. Mabel Faulk; motion for Mahoning Appeals to certify. Osborn Mitchell, A. B. Calvin, Kennedy, Manchester, Conroy & Ford, Youngstown, for pltf; Fred Heim and John A. Willo, Youngstown, for deft.

### OCT. 27, 1925

19394—Cleveland Railway Co. v. Tom Petrushoff; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey and A. E. Powell, Cleveland, for pltf; Vickery & Vickery, and Richard M. Collins, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### SUPREME COURT OF OHIO
#### GENERAL DOCKET

State ex v. Asmann et ............... 19387
State ex v. Brown .................... 19330
State v. Klingenberger ............. 18983
State ex v. Weiler ............. 19378, 19379

#### MOTION DOCKET

Brewer v. Dirion .................... 19270
Butler et v. Findlay( city) ......... 19219
Dorn v. Dorn ........................ 19287
Ewers v. Ungerleider ................ 19228
Lust v. Farmers Bk. & Sav. Co. ....... 19215
Order of Ry. Conductors v. Carpenter.. 19231
Pacyna v. Sawicki ................... 19230
Papista v. Cecil .................... 19224
Phelps v. Findlay (city) ............ 19218
Smerda v. Nat. Cash Reg. Co.......... 19208
Strauss v. Metropolitan Stores ....... 19229
Snyder et v. Boogher et ............. 19223

### THURSDAY, OCTOBER 22, 1925
#### GENERAL DOCKET

19108—Industrial Commission of Ohio et al v. Bert Snyder et al; error to the Court of Appeals of Darke County. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson JJ. concur. Dock. 4-28-25; 3 Abs. 297.

### TUESDAY, OCTOBER 27, 1925

18983—State of Ohio v. George Klingenberger; error to the Court of Appeals of Crawford County. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ. concur. Dock. 2-27-25; 3 Abs. 146.

19330—The State ex rel John F. Nolan v. Thad. H. Brown, State Supervisor of Elections. In Mandamus. Motion to strike matter from answer. Overruled. Marshall, CJ., Day, Allen, and Kinkade, JJ., concur. Dock. 8-15-25; 3 Abs. 530.

19357—The State ex rel Frank K. Bowman, v. J. Harry Asmann et al. Board of Elections, Hamilton County. In Mandamus. Demurrer to answer sustained. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ. concur. Robinson, J., not participating. Dock. 9-18-25; 3 Abs. 595.

19378—The State, ex rel City of Toledo v. Chas. F. Weiler et al. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ. concur. Robinson J., not participating. Dock. 10-3-25; 3 Abs. 658.

19379—The State, ex rel City of Toledo v. Charles. F. Weiler et al. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ. concur. Robinson J., not participating. Dock. 10-3-25; 3 Abs. 658.